**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAIS PEDROSO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AEROVIAS DEL CONTINENTE AMERICANO S.A. AVIANCA, a Colombian corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-06621-MCS-SSC<br><br>**JUDGMENT** |

1  Pursuant to the Court's Order Re: Motion to Dismiss, it is ordered, adjudged, and
2  decreed that this case is dismissed without prejudice for lack of jurisdiction. No party
3  shall take anything from this action.

**IT IS SO ORDERED.**

Dated: October 10, 2025

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE